# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 425 |
| | : | |
| DESIGNATION OF CHAIR OF MINOR COURT RULES COMMITTEE | : | MAGISTERIAL RULES DOCKET |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of September, 2018, Magisterial District Judge David M. Howells, Jr., is hereby designated as Chair of the Minor Court Rules Committee, commencing November 2, 2018.